UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

United States of America,

          Plaintiff,

vs.                               ORDER ADOPTING THE
                                    REPORT AND RECOMMENDATION

Donald Scott Whitefeather,

          Defendant.            Crim. No. 14-52 (ADM/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That Defendant's Motion to Suppress Statements, [Docket No. 25], is **DENIED**.

                                                  s/Ann D. Montgomery
                                                  _____
                                                  Ann D. Montgomery, Judge
DATED: May 8, 2014                     United States District Court
At Minneapolis, Minnesota